**Sergio Orlando CURIN–FRANCO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–70813.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 14, 2010.*

Filed Jan. 6, 2011.

Alexander H. Lubarsky, Esquire, San Mateo, CA, for Petitioner.

Lauren Fascett, Oil, Jennifer Paisner Williams, U.S. Department of Justice,

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and THOMAS, Circuit Judges.

MEMORANDUM **

Sergio Orlando Curin–Franco, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *He v. Gonzales*, 501 F.3d 1128, 1130–31 (9th Cir. 2007), and we deny the petition for review.

The BIA did not abuse its discretion in denying Curin–Franco's motion to reopen as untimely because he filed it more than one year after the BIA's final removal order, *see* 8 C.F.R. § 1003.2(c)(2), and Curin–Franco failed to demonstrate changed country conditions to qualify for the regulatory exception to the time limit for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *see also He*, 501 F.3d at 1132 (changed personal circumstances insufficient to support an untimely motion to reopen).

Curin–Franco's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-